IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STANLEY D. DOBROVOLNY, THOMAS J. KRYSL, TERRANCE N. KLINGER, JERRY PREWITT, MIKE POSPICHAL, DARRIN J. PAXTON, DALE PAXTON, ROBERT J. KAUP, CURTIS L. CARR, and RODNEY R. McCUMBER,<br><br>        Plaintiffs,<br><br>vs.<br><br>RAIN AND HAIL, LLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   8:14-cv-00116-JFB-TDT<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER GRANTING VOLUNTARILY DISMISSAL OF PLAINTIFF THOMAS J. KRYSL

This matter comes before the Court on the application between the Plaintiff Thomas J. Krysl and the defendant in the above-entitled matter for entry of an order of dismissal pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. It is therefore

ORDERED, ADJUDGED AND DECREED that the Plaintiff Thomas J. Krysl is dismissed from the above-entitled matter.  IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys' fees incurred as a result hereof.

IT IS SO ORDERED this 30th day of January, 2015.

BY THE COURT:

\_\_s/Joseph F. Bataillon_____
Senior United States District Judge