# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STANLEY D. DOBROVOLNY, TERRANCE N. KLINGER, JERRY PREWITT, MIKE POSPICHAL, DALE PAXTON, DARRIN J. PAXTON, ROBERT J. KAUP, CURTIS L. CARR, and ROD R. MCCUMBER,**<br><br>Plaintiffs,<br><br>v.<br><br>**RAIN AND HAIL, L.L.C.,**<br><br>Defendant. | Case No. 8:14-CV-00116-JFB-TDT<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

This matter comes before the Court on the application of the parties in the above-entitled matter for entry of an order of dismissal with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties having advised the Court that they have reached a settlement. It is therefore ORDERED, ADJUDGED AND DECREED that the entire action, including all claims and counterclaims stated therein, is dismissed with prejudice. IT IS FURTHER ORDERED that the parties shall bear all of their own costs and attorneys' fees incurred in this action.

**IT IS SO ORDERED** dated this 26th day of August, 2015.


_____s/Joseph F. Bataillon_____
Joseph F. Bataillon
Senior United States District Judge